# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 27, 2018

## NO. 03-17-00471-CV

**Katherine Yager Rogers, Appellant**

**v.**

**Victor J. Rogers, Appellee**

**APPEAL FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
DISMISSED ON APPELLANT'S MOTION—OPINION BY JUSTICE PEMBERTON**

This is an appeal from the final judgment signed by the trial court on April 12, 2017. Katherine Yager Rogers has filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.